GREEN v. EURE, SECRETARY OF STATE

No. 12 PC.

Case below: 27 N.C. App. 605.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

GRUPEN v. FURNITURE INDUSTRIES

No. 28 PC.

Case below: 28 N.C. App. 119.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

HELTON v. COOK

No. 144 PC.

Case below: 27 N.C. App. 565.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

HORNE v. WALL

No. 129 PC.

Case below: 27 N.C. App. 373.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

HOSPITAL v. DAVIS

No. 1 PC.

Case below: 27 N.C. App. 479.

Petition for discretionary review under G.S. 7A-31 allowed 3 February 1976.